IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

STEPHEN SCOTT SOMMERSCHIELD
LAURA KG SOMMERSCHIELD,

Debtors.

Case No. 16-21665-KHT
Chapter 11

## BALLOT REPORT BY DEBTOR

Stephen Scott Sommerschield and Laura KG Sommerschield ("Debtor-in-Possession"), submit this Ballot Report in furtherance of the Chapter 11 Plan of Reorganization (Docket 175) ("Plan") and the Disclosure Statement (Docket 176)("Disclosure Statement") as follows:

1. Debtor in Possession filed for protection under Chapter 7 of the Bankruptcy Code on November 30, 2016. The case was converted to one under Chapter 11 of Title 11 on February 16, 2018.

2. The summary of ballots received by counsel are as follows, unless otherwise indicated a ballot was not received:

| Class | Creditor | Impaired | Accept | Reject |
|---|---|---|---|---|
| 1 | Secured Claim of Citizens Tri-County Bank | Not Impaired | - | - |
| 2 | Secured Claim of Toyota Motor Credit | Impaired | - | - |
| 3 | Secured Claim of Disney Vacation Club | Not Impaired | - | - |
| 4 | Secured Claim of Ditech | Not Impaired | - | - |
| 5 | Secured Claim of Flagstar Bank | Not Impaired | - | - |
| 6 | Unsecured Claims allowed | Impaired | 1[1] | 0 |

---

[1] One ballot was received by Citizens Tri-County Bank regarding the unsecured portion of its claim who voted to accept the plan.

|   |                                      |          |      |   |
|---|--------------------------------------|----------|------|---|
|   | under 11 U.S.C. §502                 |          |      |   |
| 7 | Convenience Claims                   | Impaired | 1[2] | 0 |

3. To the extent that a class is impaired but has not voted it is deemed to have voted to accept the plan. *In re Ruti-Sweetwater, Inc.*, 836 F.2d 1263 (10th Cir. 1988). Additionally, at least 2 creditors who are impaired voted to accept the Plan. 11 U.S.C. §1129(a)(7).

Dated this December 5, 2018.

Respectfully submitted,

s/ Robertson B Cohen
Robertson B. Cohen, 35252
1720 S. Bellaire St.; Ste 205
Denver, CO 80222
Phone: (303) 933-4529
Facsimile: (866) 230-8268
Email: rcohen@cohenlawyers.com

---

[2] One ballot was received by Elk River Public Utility District which elected to be treated as a Class 7 Claim in the amout of $31.